IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:15cr115-MHT |
| | ) | (WO) |
| ROGER LARDRELL McCULLOUGH | ) | |

OPINION AND ORDER

Defendant Roger Lardrell McCullough is charged with knowingly and intentionally possessing marijuana with intent to distribute, in violation of 21 U.S.C. § 841(a)(1); knowingly using and carrying a firearm during a drug-trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i); and felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).  He filed a motion to suppress evidence seized during the traffic stop and the later search of his hotel room that led to these charges.

McCullough's motion is now before the court on the recommendation of the United States Magistrate Judge that the motion to suppress be denied.  Also before the court are McCullough's objections to the recommendation.  After

an independent and de novo review of the record, including the transcript of the hearing before the magistrate judge, the court concludes that McCullough's objections should be overruled and the magistrate judge's recommendation adopted.

The court adds these comments. McCullough relies on the argument that, although the license-tag word "ALABAMA" was significantly obstructed, the police officer was readily able to obtain all the needed information about the tag and the car from the "license tag reader technology in his cruiser." Objections (doc. no. 23) at 4. McCullough, however, overlooks that a car tag is essentially a general "ID" for the car, making the car easily identifiable not only to the police <u>but to the public in general</u>. For non-drivers (that is, those who may not be familiar with the latest Alabama car tag design) and non-Alabamians (in particular, those who might be called upon to identify the car should it be driven outside the State of Alabama in this extremely mobile society), even the word "ALABAMA" on the tag might be

important--especially should they be called upon to identify the car as quickly as possible to the police and others. The tag number is arguably not the only important feature. In short, 1975 Ala. Code § 32-6-51 could be interpreted to require that the word "ALABAMA" be fully visible on all the car tags the State of Alabama issues.

\* \* \*

Accordingly, is the ORDERED as follows:

(1) Defendant Roger Lardrell McCullough's objections (doc. no. 23) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 22) is adopted.

(3) Defendant McCullough's motion to suppress (doc. no. 13) is denied.

DONE, this the 17th day of August, 2015.

                                                        /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE