IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA
Plaintiff,

v.

ROGER LARDRELL McCULLOUGH
Defendant,

CASE NO.(S)
3:15 CR 00115-001

Civil No.

RECEIVED 2020 JAN -9 A 10: 27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, ROGER L. McCullough, by and through pro se counsel, and respectfully moves this Honorable Court pursuant to 18 USC 3006 A for appointment of counsel. Defendant shows unto the court the following:

### FACTS

1. Defendant ROGER L. McCullough is indigent Pro se Federal Prisoner who cannot affort to retain an attorney.

2. Defendant is an Pro se Litigant who has received assistance from an third Party Law clerk to assist him in preparing his post conviction pleading to the court.

3. Defendant is not a trained, prudent in the area of law and need assistance from an competent Attorney to assist him on his pleadings to this Honorable court

4. ON _____, Defendant filed an motion for leave to amend section 28 USC 2255 in light of the Supreme Court's decision in <u>Rehaif v. US</u> 588 U.S. 139 S.Ct 2191 (2019)

5. Defendant Avers that defense Attorney's, due to their intimate knowledge of the trial proceedings and their possession of unique information regarding post-conviction Habeas Corpus review would be helpful in raising Pleading in light of Rehaif.

6. Defendant contends that the Due Process Clause and the Equal Protection Clause require appointment of counsel for indigent defendant due to his or her Lack of financial resources.

<u>Criminal Justice Act</u>

Recently, the United States Department of Justice issue an memo - Pursuant to the Provisions of the Criminal Justice Act, 18 U.S.C 3006 (a) and (c), and directed the court's to allow the Federal Defender Program, Inc, to appoint to review the file of each defendant, and to determine his or her Potential eligibility for relief in light of the U.S. Supreme Court's recent decision in <u>Rehaif</u>, in the following categories: (1) each defendant who files in this court a pro se 2255 motion based upon Rehaif; (2) each defendant

who sends a letter to the court inquiring whether or not Rehaif applies to him or her, (3) each defendant who directly inquires of the Federal Defender Program whether or not it applies to his or her case, and (4) each defendant who the Federal Defender Program identifies a potential Rehaif claim. In each case, the Federal Defender Program shall ascertain each defendant's eligibility for relief and whether a conflict of interest precludes it from representation. The Federal Defender Program shall notify the court upon identifying a prohibitive conflict in which the prospective client's interests are materially adverse to those of a current or former client, and the court will consider appointing a member of the Criminal Justice Act panel of this district. The Federal Defender Program shall also send a letter to each defendant appointed through this order, in which the Federal Defender Program will explain that the defendant may decline or opt out of such representation.

## Conclusion

WHEREFORE premises considered, defendant prays that this Honorable Court pursuant to 18 USC 3006(a) and (c) and the Criminal Justice Act appoint counsel to represent the defendant in the above judicial matter.

Respectfully submitted

Roger L. McCullough - Pro se

# CERTIFICATE OF SERVICE

I, ROGER L. McCullough, Prose counsel, hereby certify that on this __1th__ day of __JAN__ 2020, under penalty of perjury pursuant to USC 1746 I have forwarded the above instrument via first class postage affixed to: _____
Office of The Clerk, United States District Court

*Roger McCull.*
ROGER L. McCullough
FCI Atlanta
PO BOX 150160
Atlanta GA 30315

## Declaration

I, ROGER L. McCullough, declare under penalty of perjury that I have read and subsribe to the above and state that the information contained therein is true and correct to the best of my knowledge.

*Roger McC.* # 12252-002
ROGER McCullough Reg No. 12252-002

Executed on __1/1/2020__ at __FCI Atlanta, Atlanta GA PO BOX 150160 Atlanta, GA 30315__