UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2022 JUN 10 A 10:53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Roger L. McElyea

Docket NO: 1127 3:15CR00115-001

V

First Step Act Amendment 782

UNITED STATES OF AMERICA

Appointment of Counsel,

PRO-SE

### Argument

When amendment 782 was initially passed by Congress in 2016, I was considered a career offender, But now that the first step has been enacted and Congress has made it Retro active and applicable to Career offenders. I now qualify for a two level Reduction. I'm asking that this Court appoint me Counsel, But if I Don't fit the criteria for appointment of Counsel, I asked that this Court Resentence me Based on a two level Reduction.

Thank you,
Roger McElyea
Date: 6-05-2022
June 5th, 2022