IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION NO. |
| v.    ) | 3:15-cr-00115-RAH |
| ) | |
| ROGER LARDRELL MCCULLOUGH ) | |

# **O R D E R**

Upon consideration of the Motion to Appoint Counsel and Motion for Resentence (Doc. 68) filed *pro se* by Defendant Roger Lardrell McCullough, it is

ORDERED that the Defendant's Motions are REFERRED to the Amendment 821 Screening Panel for recommendation. (*See* 2:23-cm-4048-ECM).

DONE, on this the 26th day of December 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE